### Charles A. Phelps, Appellee, v. Thomas M. Hunter, Appellant.

### Gen. No. 20,889.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. RICHARD E. BURKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and judgment here. Opinion filed October 6, 1915. Rehearing denied October 15, 1915.

### Statement of the Case.

Action of replevin by Charles A. Phelps against Thomas M. Hunter, bailiff of the Municipal Court of Chicago. From a judgment for plaintiff, defendant appeals.

EMERY S. WALKER and CHARLES M. RUTH, for appellant.

ARTHUR L. BALLAS, for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 170*—*what constitutes rendition.* The rendition of a judgment is the judicial act of the court in pronouncing the sentence of the law upon the facts in controversy as ascertained by the pleadings and verdict.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. JUDGMENT, § 232*—*what constitutes entry.* The entry of a judgment is a ministerial act which consists in spreading it upon the record or writing it at large in a docket or other official book.

3. MUNICIPAL COURT OF CHICAGO, § 19*—*how judgment evidenced.* A judgment of the Municipal Court of Chicago is evidenced not by an order, as entered on half sheets, but by the order as spread out on the record by the clerk.